No. 80–812. MESCALERO APACHE TRIBE v. O'CHESKEY, COMMISSIONER OF REVENUE OF NEW MEXICO, ET AL. C. A. 10th Cir. Motion of Navajo Forest Products Industries for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–978. KEPHART v. INSTITUTE OF GAS TECHNOLOGY. C. A. 7th Cir. Motion of Legal Services for the Elderly for leave to file an untimely brief as *amicus curiae* denied. Certiorari denied.

No. 80–1007. MARSCHAK, AKA ASHLEY, TRUSTEE v. KIRKLAND & ELLIS ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–1025. LECLAIR ET AL. v. SAUNDERS. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 80–1026. CHRYSLER CORP. v. DAWSON ET AL. C. A. 3d Cir. Motion of Motor Vehicle Manufacturers Association of the United States for leave to file a brief as *amicus curiae* granted. Motion of petitioner to strike portions of respondents' brief in opposition denied. Certiorari denied.

No. 80–1038. PUBLIC SERVICE COMMISSION OF TENNESSEE ET AL. v. LOUISVILLE & NASHVILLE RAILROAD CO. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–5824. LUM ET AL. v. CAMPBELL, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would grant certiorari.